Hillsborough, }
  Oct. 5, 1909. {

             TARBELL *& a.*, *Trustees*, *v.* LEARY *& a.*

PETITION, for advice as to the execution of the will of Luther
A. Tarbell. Transferred from the January term, 1909, of the
superior court by *Wallace*, C. J.

The testator executed his will September 7, 1892, and died
September 24, 1893. The first clause of the will bequeathed the
sum of $3,000 to trustees, who were directed, "at the end of five
years after my decease and every five years thereafter during the
term of this trust," to pay over the accumulations, and at the end
of fifteen years after the testator's decease to pay over the princi-
pal sum and accumulations, "in equal shares unto my grandchil-
dren then living." The third clause directed that at the end of
twenty years after the testator's decease the testators should pay
the residue of the estate "unto my children and my grandchildren
then living in equal shares."

At the date of the will the testator had nine grandchildren.
Between the date of the will and the testator's death another grand-
child was born. At the expiration of five years from the testator's
death there were eleven grandchildren alive, and one had been
born and died in that period. During the second period of five

years three more grandchildren were born. The trustees desire to be instructed as to what grandchildren are entitled to share in the trust funds.

*George B. French*, for the plaintiffs.

*George A. Bales*, for the defendants.

YOUNG, J. The trustees are advised as to the trust fund of $3,000, that the first division of the income is to be made to Mr. Tarbell's grandchildren living September 24, 1898, the second division to those living September 24, 1903, and those living September 24, 1908, are to share in the final distribution of the fund. The other trust fund is to be divided equally among Mr. Tarbell's children and grandchildren who may be living September 24, 1913.

*Case discharged.*

All concurred.